**Sol JACOBS v. W. M. CUNNINGHAM, Trustee of the Estate of Sol Jacobs and Hyman Adelberg.**

Circuit Court of Appeals, Sixth Circuit.
April 2, 1929.

No. 5153.

John J. Sterling, of Benton Harbor, Mich., for appellant.

Hilding & Hilding, of Grand Rapids, Mich., for appellee.

PER CURIAM. Order of District Court affirmed, upon authority of Oriel v. Russell and Prela v. Hubshman, 49 S. Ct. 173, 73 L. Ed. ——, decided by the Supreme Court on January 14, 1929. See, also, 21 F.(2d) 1006.